# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-cr-124 |
| Marcus Hutchins | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Marcus Hutchins.

Date: 08/15/2017

s/ Marcia Hofmann
*Attorney's signature*

Marcia Hofmann (CA No. 250087)
*Printed name and bar number*

Zeitgeist Law PC
25 Taylor Street
San Francisco, CA 94102
*Address*

marcia@zeitgeist.law
*E-mail address*

(415) 830-6664
*Telephone number*

*FAX number*