CLOSED,Restraint_None

# United States District Court
# District of Nevada (Las Vegas)
# CRIMINAL DOCKET FOR CASE #: 2:17-mj-00825-NJK-1

Case title: USA v. Hutchins  
Other court case number: 2:17-cr-124-JPS Eastern District of Wisconsin

Date Filed: 08/03/2017  
Date Terminated: 08/07/2017

Assigned to: Magistrate Judge Nancy J. Koppe

### Defendant (1)

**Marcus Hutchins**  
*TERMINATED: 08/07/2017*  
*also known as*  
Malwaretech  
*TERMINATED: 08/07/2017*

represented by **Adrian Lobo**  
Lobo Law PLLC  
400 S. 4th Street, Suite 500  
Las Vegas, NV 89101  
702-290-8998  
Fax: 702-442-2626  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
Rule 5

### Disposition
TRANSMITTED to Eastern District of Wisconsin on 8/7/2017.

**Plaintiff**

USA             represented by    **Daniel J. Cowhig**
U.S. Attorney's Office
501 Las Vegas BLVD S
STE 1100
Las Vegas, NV 89101-7071
702-388-5088
Fax: 702-388-5087
Email: daniel.cowhig@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: USA*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2017 | | Case assigned to Magistrate Judge Nancy J. Koppe. (TM) (Entered: 08/03/2017) |
| 08/03/2017 | 1 | Rule 5(c)(3) Documents Received as to Marcus Hutchins. Documents received from Eastern District of Wisconsin include: Indictment and Warrant. (MR) (Entered: 08/03/2017) |
| 08/03/2017 | 2 | MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Marcus Hutchins held on 8/3/2017 before Magistrate Judge Nancy J. Koppe. Crtrm Administrator: *A. Caytuero*; AUSA: *Daniel J. Cowhig*; Def Counsel: *Daniel C. Coe, AFPD*; PTS: *Emily McKillip*; Recording start and end times: *4:05:40 - 4:10:21*; Time of Hearing: *4:05 PM - 4:10 PM*; Courtroom: *3C*; Defendant is present and in custody. Defendant shall have no restraints during court proceedings. Case Ordered unsealed as to this Defendant. Defendant is advised of his rights/ charges. Defense counsel requests a one (1) day continuance to verify if private counsel has been retained and to verify certain information with Pretrial Services and is GRANTED. The Court will continue these proceedings. IT IS ORDERED that the Defendant is temporarily detained and is remanded to custody pending the continued initial appearance and detention hearing. Defense counsel makes note of Defendant's Assertion of Right to Counsel, the Right to Remain Silent, and Request to Have Counsel Present During Questioning and Assertion of Right to be Present in Court Unshackled.<br><br>Initial Appearance - Rule 5 and Detention Hearing are set for **Friday, August 4, 2017 at 03:00 PM in LV Courtroom 3C** before Magistrate Judge Nancy J. Koppe.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - AC) (Entered: 08/03/2017) |
| 08/03/2017 | 3 | ORDER SCHEDULING A DETENTION HEARING as to Marcus Hutchins. Detention Hearing set for 8/4/2017 at 03:00 PM in LV Courtroom 3C before Magistrate Judge Nancy J. Koppe. Signed by Magistrate Judge Nancy J. Koppe |

| | | |
|---|---|---|
| | | on 8/3/17. (Copies have been distributed pursuant to the NEF - MR) (Entered: 08/03/2017) |
| 08/03/2017 | 4 | NOTICE of Assertion of Right to Counsel, the Right to Remain Silent, and Request to Have Counsel Present During Questioning as to Marcus Hutchins. (MR) (Entered: 08/04/2017) |
| 08/03/2017 | 5 | NOTICE of Assertion of Right to be Present in Court Unshackled as to Marcus Hutchins. (MR) (Entered: 08/04/2017) |
| 08/04/2017 | 6 | MINUTES OF PROCEEDINGS - Continued Initial Appearance in Rule 5(c)(3) Proceeding as to Marcus Hutchins held on 8/4/2017 before Magistrate Judge Nancy J. Koppe. Crtrm Administrator: *A. Caytuero*; AUSA: *Daniel J. Cowhig*; Def Counsel: *Adrian Lobo, Esq.*; PTS: *Kelly Bowen & Erin Oliver*; Recording start and end times: *3:00:21 - 3:27:00*; Time of Hearing: *3:00 PM - 3:27 PM*; Courtroom: *3C*; Defendant is present and in custody. Defense counsel retained. Attorney Adrian Lobo files a Designation of Retained Counsel in open court. Waiver of Identity Hearing filed. ORDERED that the Defendant is identified as the named defendant in the Indictment and is held to answer in the Eastern District of Wisconsin. Government moves for detention. Detention hearing proceeds. IT IS ORDERED that the Defendant is released on a $30,000 Secured Cash Bond with conditions. Defendant's Next appearance date in originating district is on <u>Tuesday, August 8, 2017 at 9:30 AM before Magistrate Judge William E. Duffin in Courtroom 242, at 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202</u>. Case recalled at 3:20 p.m. The parties are heard regarding Defendant's flight to the Eastern District of Wisconsin. Defendant's conditions of release shall remain the same. Rule 5 deadline set for <u>Tuesday, August 8, 2017</u>. **(no image attached)** (Copies have been distributed pursuant to the NEF - AC) (Entered: 08/07/2017) |
| 08/04/2017 | 7 | DESIGNATION of Retained Counsel and Appearance Praecipe by Adrian Lobo on behalf of Marcus Hutchins. (NEV) (Entered: 08/07/2017) |
| 08/04/2017 | 8 | WAIVER of Rule 5(c)(3) Hearings by Marcus Hutchins. (NEV) (Entered: 08/07/2017) |
| 08/04/2017 | 9 | ORDER Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail as to Marcus Hutchins. Defendant must appear at the US District Court, Eastern District of Wisconsin on 08/08/2017 at 09:30 AM, Courtroom No. 242. Signed by Magistrate Judge Nancy J. Koppe on 8/4/17. (Copies have been distributed pursuant to the NEF - cc: Finance - MR) (Entered: 08/07/2017) |
| 08/07/2017 | 10 | CASH BOND Entered as to Marcus Hutchins. Receipt # NVLAS051904. (Attachments: # 1 Receipt) (MR) (Entered: 08/07/2017) |
| 08/07/2017 | 11 | CERTIFICATE of Cash Deposit in case as to Marcus Hutchins: $30,000.00, receipt number NVLAS051904. (MR) (Entered: 08/07/2017) |
| 08/07/2017 | 12 | |

| | | |
|---|---|---|
| | | TRANSMITTAL to the Eastern District of Wisconsin regarding Rule 5c documents in case as to Marcus Hutchins. Transmitted electronically via email. (MR) (Entered: 08/07/2017) |
| 08/10/2017 | 13 | TRANSCRIPT of Proceedings, 6 Initial Appearance - Rule 5(c)(3) (fka Rule 40) as to Marcus Hutchins held on 8/4/2017 before Magistrate Judge Nancy J. Koppe. Court Reporter/Transcriber: Exceptional Reporting Services, Inc.. Any Redaction Request is due by 8/31/2017. Redacted Transcript Deadline is set for 9/10/2017. Release of the Transcript Restriction is set for 11/8/2017. Before release date, the transcript may be viewed at the court public terminal or purchased through the reporter/transcriber. Transcript Order form is available on court website. After that date it may be obtained through the court reporter or PACER. (ABB) (Entered: 08/10/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/11/2017 12:28:52 | | | |
| PACER Login: | us4437 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:17-mj-00825-NJK |
| Billable Pages: | 2 | Cost: | 0.20 |