```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS051904
Cashier ID: rtanker
Transaction Date: 08/07/2017
Payer Name: Marcus Hutchins
----------------------------------
TREASURY REGISTRY
 For: Marcus Hutchins
 Case/Party: D-NVX-2-17-MJ-000825-001
 Amount:        $30,000.00
----------------------------------
CHECK/MONEY ORDER
 Check/Money Order Num: 7161
 Amt Tendered:  $30,000.00
----------------------------------
Total Due:     $30,000.00
Total Tendered: $30,000.00
Change Amt:    $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."
```