# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-CR-124 |
| Marcus Hutchins | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marcus Hutchins .

Date: 08/15/2017

/s/ Brian E. Klein
*Attorney's signature*

Brian E. Klein (CA Bar No. 258486)
*Printed name and bar number*
Baker Marquart LLP
2029 Century Park East, 16th Floor
Los Angeles, CA 90067

*Address*

bklein@bakermarquart.com
*E-mail address*

(424) 652-7800
*Telephone number*

(424) 652-7878
*FAX number*