UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
        Plaintiff,

v.                               Case No. 17-CR-124

MARCUS HUTCHINS,
        Defendant.

---

## PROTECTIVE ORDER

---

The United States filed a motion for a protective order to govern discovery in this case. Upon consideration of the government's motion, finding good cause to issue such an order,

**IT IS HEARBY ORDERED** that the government's motion for a protective order to govern discovery is **GRANTED**; and

**IT IS FURTHER ORDERED** that discovery produced by the United States to the defendant and his defense team in this matter shall be subject to the following protective measures:

    1. All discovery materials produced to defendant, his defense team (defense attorneys, paralegals, law firm staff (which includes interns and part-time staff)) and outside advisers (experts, investigators, and consultants) in this case are to be used only in defense of the above-captioned criminal matter;

    2. The defendant, his defense team, and outside advisers may not provide copies of the discovery material to individuals who are not part of the defense team or

outside advisers without written permission from the attorneys for the United States in the above-captioned case;

       3.    No person other than the defendant and defense team shall have access to the discovery materials until certifying that he or she has read, understands, and agrees to the terms of this Protective Order by signing a copy of the Acknowledgement that is attached to the government's motion;

       4.    At the conclusion of this matter, all the discovery material and any copies of those materials shall be returned to the attorneys for the United States in the above-captioned case or destroyed by defense counsel; and

       5.    Except as set forth above, there is no prohibition on the disclosure of the discovery materials in any motion, hearing, trial, or sentencing proceeding held in this action, or to any judge or magistrate of this Court or their staff for purposes of this action.

Dated at Milwaukee, Wisconsin this 21st day of August 2017.

BY THE COURT:

*s/ Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge