UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 17-CR-124

MARCUS HUTCHINS,

    Defendant.

## MOTION TO STAY AND REQUEST FOR A HEARING

The United States of America by its attorneys, Gregory J. Haanstad, United States Attorney, and Michael Chmelar and Benjamin Proctor, Assistant United States Attorneys, file this motion to stay this Court's order (document 18) that placed defendant on curfew. The government requests a hearing before the Court in order to address the defendant's conditions of bond.

Dated at Milwaukee, Wisconsin this 24th day of August, 2017.

                Respectfully submitted,
                GREGORY J. HAANSTAD
                United States Attorney

By:    */s/ Michael Chmelar*
           Michael Chmelar
           Assistant United States Attorney
           United States Attorney's Office
           Eastern District of Wisconsin
           517 East Wisconsin Avenue
           Milwaukee, Wisconsin 53202
           Telephone: (414) 297-1728
           Fax: (414) 297-1738