UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                          Case No. 17-CR-124

MARCUS HUTCHINS,

      Defendant.

## ORDER

Marcus Hutchins appeared in this court on August 14, 2017, for an arraignment and plea. At that time he was ordered released on home detention. (ECF No. 8.) A person who is subject to home detention is ordinarily allowed to leave his home for work, but because Hutchins works from home, the result is that Hutchins has been confined to his home since his release except for "essential leave," which is limited to four hours per week.

Due to his compliance with the conditions of release, on August 24, 2017, the court approved the petition of United States Pretrial Services to reduce the supervision of Marcus Hutchins to curfew. (ECF No. 18.) This routine change in supervision meant that Hutchins would be free to be out of his home from 6:00 AM until 9:00 PM.

However, even while on curfew status Hutchins would remain on constant GPS monitoring such that even when away from his residence Pretrial Service would always know where he was.

The government has moved for a stay of this court's order. (ECF No. 19.) The government does not provide a basis for staying the court's order but requests a hearing.

The court denies the government's request for a hearing but grants the government's motion to stay. This court's order reducing Hutchins's supervision to curfew status is stayed pending further order of the court.

Not later than **11:00 AM**, central time, **August 25, 2017**, the government may submit a written motion to return Hutchins to home confinement or otherwise amend Hutchins's conditions of release.

Hutchins may respond no later than **2:00 PM**, central time, **August 25, 2017**.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 24th day of August, 2017.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge