UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              Case No. 17-CR-124

MARCUS HUTCHINS,

        Defendant.

---

## MOTION TO STAY PENDING REVIEW OF THE GOVERNMENT'S MOTION TO REVOKE PURSUANT TO 18 U.S.C. § 3145

---

The United States of America by its attorneys, Gregory J. Haanstad, United States Attorney, and Michael Chmelar, Assistant United States Attorney, file this motion to stay the order issued by U.S. Magistrate Judge William E. Duffin on August 25, 2017, pursuant to FRCrP 59(a) in order for the Court to consider the government's motion to revoke that order pursuant to 18 U.S.C. § 3145.

Dated at Milwaukee, Wisconsin this 25th day of August, 2017.

                              Respectfully submitted,
                              GREGORY J. HAANSTAD
                              United States Attorney

By:    */s/ Michael Chmelar*
        Michael Chmelar
        Assistant United States Attorney
        United States Attorney's Office
        Eastern District of Wisconsin
        517 East Wisconsin Avenue
        Milwaukee, Wisconsin 53202
        Telephone: (414) 297-1728
        Fax: (414) 297-1738