UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MARCUS HUTCHINS,

    Defendant.

Case No. 17-CR-124

**DEFENDANT MARCUS HUTCHINS' OPPOSITION
TO THE GOVERNMENT'S MOTION TO STAY PENDING REVIEW OF THE
GOVERNMENT'S MOTION TO REVOKE PURSUANT TO 18 U.S.C. § 3145**

    Defendant Marcus Hutchins opposes the government's motion to stay Magistrate Judge William E. Duffin's August 25, 2017 order amending Mr. Hutchins' conditions of release. (Dkt. Nos. 23 (Order) and 24 (Mot. to Stay).) That order permits Mr. Hutchins to be on a curfew while on pretrial release. Before the order was issued, Mr. Hutchins was on home detention.

    The government has offered no argument in support of a stay. For this reason and the other grounds presented in Mr. Hutchins' concurrently filed Opposition to the Government's Motion to Revoke The Order Amending Conditions of Release, Mr. Hutchins respectfully requests that this Court deny the motion to stay.

DATED: August 28, 2017

                                       Respectfully submitted,

                                        */s/ Brian E. Klein*
                                       BRIAN E. KLEIN
                                       Baker Marquart LLP
                                       2029 Century Park East, 16th Floor

Los Angeles, CA  90067
Email: bklein@bakermarquart.com
Telephone: (424) 652-7800


  */s/ Marcia Hofmann*
MARCIA HOFMANN
Zeitgeist Law PC
25 Taylor Street
San Francisco, CA 94102
Email: marcia@zeitgeist.law
Telephone: (415) 830-6664

*Attorneys for Marcus Hutchins*