# EXHIBIT A



# Jurisdiction Map for the Central District of California

## Clerk Services

- Court Reporting Services
- Courtroom Technology
- Central Violations Bureau – Federal Ticket
- Employment
- Interpreter Services
- Naturalization Ceremony Information
- Policy for Gratuities and Gifts
- Records Department
- Requests to Use District Court Facilities

## Court Locations

**WESTERN DIVISION (Los Angeles)**
First Street Federal Courthouse
Spring Street Federal Courthouse
Edward R. Roybal Federal Building & U.S. Courthouse

**EASTERN DIVISION (Riverside)**
George E. Brown, Jr. Federal Building & U.S. Courthouse

**SOUTHERN DIVISION (Santa Ana)**
Ronald Reagan Federal Building & U.S. Courthouse

### CENTRAL DISTRICT of California

- Western Division
- Eastern Division
- Southern Division

Counties: San Luis Obispo County, Santa Barbara County, Ventura County, Los Angeles County, Orange County, San Bernardino County, Riverside County

NORTHERN DISTRICT • EASTERN DISTRICT • SOUTHERN DISTRICT