UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                        Case No. 17-CR-124

MARCUS HUTCHINS,

      Defendant.

---

## STATUS REPORT

---

The United States of America, by its attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Assistant U.S. Attorneys Michael Chmelar and Benjamin Proctor, and defendant Marcus Hutchins by his attorneys Brian Klein and Marcia Hofmann file this joint status report.

Since the hearing on August 23, 2017, the government has produced eleven discs containing discovery. The most recent production was made on October 2, 2017, and contained five malware samples, among other things. The government has at least one more discovery production to make in this matter.

The parties conferred and agree that an additional status hearing should be held before a motion schedule can be put in place for this matter. Therefore, the parties will be requesting another status hearing in 30 days.

Finally, because this case has been designated as complex under 18 U.S.C. 3161(7)(B)(ii), the parties also agree that time should be excluded under Section 3161(7)(A) from October 12,

2017 to and including the next status hearing because the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.

        Respectfully submitted,

        GREGORY J. HAANSTAD
        United States Attorney

By:   */s/ Michael Chmelar*
        Michael Chmelar
        Assistant United States Attorney
        United States Attorney's Office
        Eastern District of Wisconsin
        517 East Wisconsin Avenue
        Milwaukee, Wisconsin 53202
        Telephone: (414) 297-1728