# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **Nancy Joseph,** presiding.      Deputy Clerk:

DATE: **October 13, 2017**     Court Reporter:

CASE NO. **17-CR-124**     Time Called: 11:37:00

UNITED STATES v. **Marcus Hutchins**     Time Concluded: 11:48:00

PROCEEDING: **Telephone Status/Scheduling Conference**

UNITED STATES by: **Michael Chmelar**

ATTORNEY: **Brian Klein/Marcia Hofmann**

---

Govt. notes that there is one more disk to be produced – chats from internet forum on disk to be received from FBI next week. Upon receipt, it will sent to each counsel. A significant amount of discovery was provided to defense counsel on 10/2/17. There is still an amount of discovery from another country. It is unknown whether it can be obtained by the government. Any information obtained by the govt. will be given to the defense.

The defense notes that it does have concerns regarding the possible filing of a Superseding Indictment and whether there will be more discovery in connection with it. The government has given no details as to the possible filing.

The govt. notes that, if it decides to file a Superseding Indictment, it will relate to discovery already produced or to be produced shortly.

The parties request another status be set for 1 month from today. Based on the nature of discovery, the additional discovery yet to be received and the uncertainty of the filing of a Superseding Indictment, the defense cannot guarantee that it will be able to set a schedule at that time.

The court will set another telephone conference for **11/13/17 at 11:30 a.m**. If, prior to that hrg., the parties can submit a proposed motion schedule, it is requested that the parties do so 1 day prior to the hrg. If there is a problem with discovery and no schedule can be set, please notify the court prior to the hrg. The court makes a finding under the Speedy Trial Act. The period of time from today until 11/13/17 is deemed excludable.