# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WISCONSIN
                         MILWAUKEE DIVISION


UNITED STATES OF AMERICA,    ) CASE NO: 2:17-CR-00124-JPS-NJ-2
                             )
          Plaintiff,         )          CRIMINAL
                             )
     vs.                     )     Milwaukee, Wisconsin
                             )
MARCUS HUTCHINS,             )   Wednesday, August 30, 2017
                             )
          Defendant.         )   (10:18 a.m. to 11:01 a.m.)


                          HEARING RE:
                      (1) MOTION TO STAY;
                (2) MOTION TO REVOKE BOND CONDITIONS


                BEFORE THE HONORABLE PAMELA PEPPER
              (FOR HONORABLE JOSEPH P. STADTMUELLER),

                    UNITED STATES DISTRICT JUDGE



APPEARANCES:               SEE PAGE 2


U.S. Probation Office:     Rebecca Capstick / Jennifer Morgan

Courtroom Deputy:          Kristine Wrobel

Transcribed by:            Exceptional Reporting Services, Inc.
                           P.O. Box 18668
                           Corpus Christi, TX 78480-8668
                           361 949-2988




Proceedings recorded by electronic sound recording;
transcript produced by transcription service.
```

**APPEARANCES:**

For Plaintiff:        MICHAEL CHMELAR, ESQ.
                      Office of the U.S. Attorney
                      517 E. Wisconsin Avenue, Room 530
                      Milwaukee, WI 53202

For Defendant:        MARCIA C. HOFMANN, ESQ.
                      Zeitgeist Law
                      25 Taylor St.
                      San Francisco, CA 9412

                      BRIAN E. KLEIN, ESQ.
                      Baker Marquart
                      2029 Century Park E, Suite 1600
                      Los Angeles, CA 90067

be punishments. They are to be, as I've already said, the least restrictive means of making sure that a person shows up or a person doesn't pose a danger to the community.

Because of Mr. Hutchins particular circumstances, the fact that he works out of his home and doesn't go to a brick and mortar place every day to work; the fact that, as I understand it, he doesn't have a car, which is why Mr. Klein had to venture out to Mr. Hutchins' home to be able to participate in this hearing today; the fact that he doesn't have a passport; the fact that he is a young guy who is healthy and doesn't have to go to 55 doctors' appointments a week; the fact that he's not a drug addict so he doesn't have to go to drug treatment and mental health treatment every week, the upshot of all of that is that home confinement for him, as I understand Probation to have said it, ends up meaning that he basically cannot leave his home except to go grocery shopping and that becomes, under those particular circumstances, punitive.

If Mr. Hutchins were, as many of the people who appear in front of me are, people with medical problems, people with part time jobs, people with addiction, people with mental health issues and they have 35 appointments they have to get out to every week then home detention for him would not be punitive because he would be able to continue to go about and interact with human beings and live his life and still have to