UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MARCUS HUTCHINS,

    Defendant.

Case No. 17-CR-124

## STATUS REPORT

The United States of America, by its attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Assistant U.S. Attorneys Michael Chmelar and Benjamin Proctor, and defendant Marcus Hutchins by his attorneys Brian Klein and Marcia Hofmann file this joint status report.

Since last status hearing, the government has produced additional discovery in this matter in productions on October 30, 2017, and November 6, 2017. The November 6 production was made in response to an October 27, 2017 letter from counsel for Mr. Hutchins that included a number of specific discovery requests. The parties are attempting to resolve open issues related those discovery requests.

The parties have conferred and agree that an additional status hearing should be held before a motion schedule can be put in place for this matter. Therefore, the parties will be requesting another status hearing in 30 days. The parties will request the status hearing be held on December 11, 2017.

Finally, because this case has been designated as complex under 18 U.S.C. 3161(7)(B)(ii), the parties also agree that time should be excluded under Section 3161(7)(A) from November 13, 2017 to and including the next status hearing because the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.

Respectfully submitted,

GREGORY J. HAANSTAD
United States Attorney

By: */s/ Michael Chmelar*
Michael Chmelar
Assistant United States Attorney
United States Attorney's Office
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1728