# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **Nancy Joseph,** presiding.  Deputy Clerk: Karen

DATE: **November 13, 2017**  Court Reporter:

CASE NO. **17-CR-124**  Time Called: 11:35:00

UNITED STATES v. **Marcus Hutchins**  Time Concluded: 11:40:00

PROCEEDING: **Status Conference**

UNITED STATES by: **Michael Chmelar**

ATTORNEY: **Brian Klein/Marcia Hoffmann (By Phone)**

---

The court gives background of matter.  The government filed a status letter on 11/9/17 requesting another status conference.

The government notes that there are still some discovery issues but believes they can be resolved prior to the next status.

The court sets another status for 12/11/17 at 11:30 a.m.(CST).  The parties can appear by phone if they wish. If the parties believe it is possible to set a motion schedule at that time, the court requests the parties to submit the schedule in writing by 12/8/17.

The court makes a finding under the Speedy Trial Act.  The period of time from today until 12/11/17 is deemed excludable.