UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

   Plaintiff,

             Case No. 17-CR-124

  v.

MARCUS HUTCHINS,

   Defendant.

---

## STATUS REPORT

---

  The United States of America, by its attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Assistant U.S. Attorneys Michael Chmelar and Benjamin Proctor, and defendant Marcus Hutchins by his attorneys Brian Klein, Marcia Hofmann, and Daniel Stiller file this joint status report.

  Since last status hearing, the government has produced additional discovery in this matter in a production on December 5, 2017. Counsel for Mr. Hutchins have not yet received those materials.

  On November 21, 2017, counsel for the government and counsel for Mr. Hutchins participated in a conference call in an attempt to resolve open issues related those discovery requests. Despite our best efforts, we have been unable to resolve those issues. On December 7, 2017, counsel for Mr. Hutchins informed the government they intend to file a motion for an order that compels the government to produce certain materials to the defense.

At the status hearing scheduled for December 11, 2017, the parties will ask the Court to set the following schedule regarding the defendant's motion to compel: defendant's motion to compel to be filed no later than 5:00 p.m. Central on January 5, 2018; the government's response to be filed no later than the 5:00 p.m. Central on January 19, 2018; and a status hearing on the motion to compel the week of January 22, 2018. Counsel for Mr. Hutchins will also ask the Court for the opportunity to file a reply.

Because this case has been designated as complex under 18 U.S.C. 3161(7)(B)(ii), the parties agree that time should be excluded under Section 3161(7)(A) from December 11, 2017 to and including the next status hearing because the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.

    Respectfully submitted,

    GREGORY J. HAANSTAD
    United States Attorney

By:    */s/ Michael Chmelar*
    Michael Chmelar
    Assistant United States Attorney
    United States Attorney's Office
    Eastern District of Wisconsin
    517 East Wisconsin Avenue
    Milwaukee, Wisconsin 53202
    Telephone: (414) 297-1728