# United States District Court
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA
           Plaintiff,
   v.                                        Case No. **17-CR-124**

**MARCUS HUTCHINS**
           Defendant.

---

PLEASE TAKE NOTICE that the above-entitled case is scheduled for:

## HEARING ON MOTION TO COMPEL

at the Federal Courthouse, 517 E. Wisconsin Ave., Milwaukee, WI 53202

Courtroom Number **253** on **February 22, 2018** at **1:30 p.m. (CST)**

before **Hon. Nancy Joseph**

Date: February 9, 2018                             STEPHEN C. DRIES
                                                              Clerk of Court

                                                 BY:   s/ Karen Fahrenkrug
                                                               Deputy Clerk
                                                               (414) 297-3298

<u>Counsel</u>
AUSA Benjamin Proctor
AUSA Michael Chmelar
Atty. Brian Klein
Atty. Marcia Hoffman
Atty. Daniel Stiller