# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                                                Case No. 17-CR-124

**MARCUS HUTCHINS,**

    **Defendant.**

## PRETRIAL MOTION SCHEDULING ORDER

On February 22, 2018, I held a conference in this matter addressing defendant Marcus Hutchins' motions to compel as well as the pretrial motion schedule. Appearing for the government was AUSA Michael Chmelar and AUSA Benjamin Proctor. Appearing on behalf of Hutchins was attorneys Brian Klein, Marcia Hofmann, and Daniel Stiller.

After consulting with both parties, **IT IS ORDERED** that the scheduling order will be entered as follows:

1. Submissions regarding MLAT disclosure shall be filed by **March 1, 2018**.

2. Any motions shall be filed by **March 30, 2018**. Any responses shall be filed by **April 18, 2018**. Any replies shall be filed by **April 30, 2018**.

3. If necessary, the evidentiary hearing shall take place on **April 19, 2018** at **1:30 p.m**.

**IT IS FURTHER ORDERED:**

Pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) & (iv), the period of time from February 22, 2018 until April 30, 2018 shall be excluded under the Speedy Trial Act.

Dated at Milwaukee, Wisconsin this 22nd day of February, 2018.

BY THE COURT

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge