# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. Nancy Joseph, presiding.  
DATE: February 22, 2018 at 1:30 p.m.  
CASE NO. 17-CR-124  
UNITED STATES v. Marcus Hutchins  
PROCEEDING: Hearing on defendant's motions to compel

Deputy Clerk: Cyle Catlett  
Court Reporter: Heidi Trapp  
Time Called: 1:35 p.m  
Time Concluded: 3:04 p.m

UNITED STATES by: Michael Chmelar, Benjamin Proctor

DEFENDANT: Marcus Hutchins, in person, and by  
ATTORNEY: Brian Klein, Marcia Hofmann, Daniel Stiller

---

Request 1: Motion to Compel materials relating to the surveillance and arrest of Hutchins in Las Vegas. Denied without prejudice.

Request 2: Motion to Compel materials relating to co-defendant. Denied without prejudice

Request 3: Motion to Compel materials relating to government's confidential informant. Granted. Government is disclose confidential informant 30 days prior to trial date.

Request 4. Motion to Compel grand jury instructions. Will take under advisement.

Request 5: Motion to Compel MLAT. Will take under advisement; Motion to Compel search warrant. Denied.

Submissions regarding MLAT disclosures due March 1, 2018. Pretrial motions due March 30, 2018. Responses due April 18, 2018. Reply due April 30, 2018. Evidentiary hearing will take place on April 19, 2018 at 1:30 p.m.