# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. Nancy Joseph, presiding. | Deputy Clerk: Cyle |
| DATE: April 19, 2018 at 1:30 p.m. | Court Reporter: Sheryl Stawski |
| CASE NO. 17-CR-124 | Time Called: 1:35 p.m. |
| UNITED STATES v. Marcus Hutchins | Time Concluded: 2:00 p.m. |

PROCEEDING: Evidentiary Hearing on Defendant's Motion to Suppress

UNITED STATES by: AUSA Benjamin Proctor and AUSA Michael Chmelar

DEFENDANT: Marcus Hutchins, in person, and by

ATTORNEY: Brian E. Klein, Marcia C. Hofmann, and Daniel W. Stiller

In light of new information, defendant requests a continuance of the evidentiary hearing. Parties agree to conduct evidentiary hearing on May 16, 2018 at 1:30 P.M.