# United States District Court
EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. Nancy Joseph, presiding.  Deputy Clerk: Cyle

DATE: May 16, 2018 at 1:30 p.m.  Court Reporter: Rich Ehrlich

CASE NO. 17-CR-124  Time Called: 1:37:44 p.m.

UNITED STATES v. Marcus Hutchins  Time Concluded: 6:58:58 p.m.

PROCEEDING: Evidentiary Hearing on Defendant's Motion to Suppress

UNITED STATES by: Benjamin Proctor, Michael Chmelar

    Probation Officer:

    Interpreter:

DEFENDANT: Marcus Hutchins, in person, and by

ATTORNEY: Brian Klein, Marcia Hofmann, Daniel Stiller

1:38 p.m. Court addresses Hutchins' motion to exclude post arrest statement and jail calls. Court denies Hutchins' request.

    Witness sworn.

1:51 p.m. AUSA Proctor direct examination of Agent Charteer

Government offers Exhibits. 9, 8, 1, 4, 11 into evidence (No objection) Court receives Exhibits 9, 8, 1, 4, and 11 into evidence

2:26 p.m. Cross examination of Agent Charteer by Attorney Daniel Stiller

3:01 p.m. Re-direct examination of Agent Charteer by AUSA Proctor

3:07 p.m. Re-cross examination of Agent Charteer by Attorney Daniel Stiller

3:08 p.m. Questions from the Court

    Witness excused.

    Second witness sworn

3:20 p.m. Direct examination of Agent Butcher by AUSA Michael Chmelar

Government offers Exhibits 2 and 7 into evidence. (No objection) Court receives Exhibits 2 and 7.

3:43 p.m. Cross examination of Agent Butcher by Attorney Brian Klein

Defendant offers Exhibits 12 and 13 into evidence. (No objection) Court receives Exhibits 2 and 7 into evidence

4:26 p.m. Re-direct examination of Agent Butcher by AUSA Michael Chmelar

4:31 p.m Questions from the Court

    Witness Excused

Oral Arguments on Motion to Suppress

Court receives Exhibits 10 and 3 into evidence.

Court will allow parties to submit post-argument supplemental briefs by May 30, 2018.