# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Marcus Hutchins | Case Number: 17-CR-124 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nancy Joseph | Benjamin Proctor, Michael Chmelar | Daniel Stiller, Brian Klein, Marcia |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| | Rich Ehrlich | Cyle |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/16/2018 | 25 | 5/16/2018 | Audio Recording of Post-arrest interview |
| 2 | | 5/16/2018 | 26 | 5/16/2018 | Audio Recording of call from jail (1) |
| 3 | | 5/16/2018 | 27 | 5/16/2018 | Audio Recording of call from jail (2) |
| 4 | | 5/16/2018 | 28 | 5/16/2018 | Consent to search form |
| 7 | | 5/16/2018 | 7 | 5/16/2018 | Redacted Transcript of Jail call 8/2/2017 |
| 8 | | 5/16/2018 | 8 | 5/16/2018 | Acknowledgment of penalties for false statement |
| 9 | | 5/16/2018 | 9 | 5/16/2018 | Advice of Rights form |
| 10 | | 5/16/2018 | 10 | 5/16/2018 | Transcript of Jail call 8/3/2017 |
| 11 | | 5/16/2018 | 11 | 5/16/2018 | List of codes |
| | 12 | 5/16/2018 | 12 | 5/16/2018 | Arrest Warrant |
| | 13 | 5/16/2018 | 13 | 5/16/2018 | FBI Report |
| | 14 | 5/16/2018 | 14 | 5/16/2018 | FBI Surveillance Log |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of __2__ Pages