UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                      Case No. 17-CR-124

MARCUS HUTCHINS,

    Defendant.

## WAIVER OF APPEARANCE AND AUTHORIZATION TO ENTER PLEA

I, Marcus Hutchins, the defendant in this matter, with full knowledge of my legal rights, hereby waive my right to appear at the arraignment and plea hearing set in this matter. I affirm that I have received a copy of the First Superseding Indictment. I further authorize my attorney to enter a plea of not guilty on my behalf.

_[signature]_       6/13/18
Defendant      Date

_[signature]_      6/13/18
Attorney for Defendant      Date