UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 17-CR-124

    v.

MARCUS HUTCHINS,

        Defendant.

---

## NOTICE OF CHANGE OF ADDRESS

---

TO THE CLERK OF COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE, effective immediately, the address for Brian E. Klein as counsel for Defendant Marcus Hutchins has changed. Telephone and facsimile numbers remain the same.

Firm information:

| | |
|---|---|
| OLD ADDRESS: | Baker Marquart LLP<br>2029 Century Park East, 16th Floor<br>Los Angeles, CA 90067<br>Telephone: (424) 652-7800<br>Facsimile: (424) 652-7850 |
| NEW ADDRESS: | Baker Marquart LLP<br>777 S. Figueroa Street, Suite 2850<br>Los Angeles, CA 90012<br>Telephone: (424) 652-7800<br>Facsimile: (424) 652-7850 |

DATED: September 7, 2018              Respectfully submitted,

 */s/ Brian E. Klein*
BRIAN E. KLEIN
Baker Marquart LLP
2029 Century Park East, 16th Floor
Los Angeles, CA 90067
bklein@bakermarquart.com
Telephone: (424) 652-7800
*Attorneys for Marcus Hutchins*