# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

United States of America
V.
Marcus Hutchins

### EXHIBIT AND WITNESS LIST

Case Number: 17-CR-124

| PRESIDING JUDGE | | | | | |
|---|---|---|---|---|---|

PRESIDING JUDGE: Nancy Joseph

PLAINTIFF'S ATTORNEY: Benjamin Proctor, Michael Chmelar

DEFENDANT'S ATTORNEY: Daniel Stiller, Brian Klein, Marcia

TRIAL DATE (S)

COURT REPORTER: Rich Ehrlich

COURTROOM DEPUTY: Cyle

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/16/2018 | 25 | 5/16/2018 | Audio Recording of Post-arrest interview |
| 2 | | 5/16/2018 | 26 | 5/16/2018 | Audio Recording of call from jail (1) |
| 3 | | 5/16/2018 | 27 | 5/16/2018 | Audio Recording of call from jail (2) |
| 4 | | 5/16/2018 | 28 | 5/16/2018 | Consent to search form |
| 7 | | 5/16/2018 | 7 | 5/16/2018 | Redacted Transcript of Jail call 8/2/2017 |
| 8 | | 5/16/2018 | 8 | 5/16/2018 | Acknowledgment of penalties for false statement |
| 9 | | 5/16/2018 | 9 | 5/16/2018 | Advice of Rights form |
| 10 | | 5/16/2018 | 10 | 5/16/2018 | Transcript of Jail call 8/3/2017 |
| 11 | | 5/16/2018 | 11 | 5/16/2018 | List of codes |
| | 12 | 5/16/2018 | 12 | 5/16/2018 | Arrest Warrant |
| | 13 | 5/16/2018 | 13 | 5/16/2018 | FBI Report |
| | 14 | 5/16/2018 | 14 | 5/16/2018 | FBI Surveillance Log |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of ___2___ Pages