UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.          Case No. 17-CR-124

MARCUS HUTCHINS,

    Defendant.

## UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSES TO DEFENDANT'S OBJECTIONS TO RECOMMENDATION

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Assistant U.S. Attorneys Michael Chmelar and Benjamin Proctor, request a short extension of time to file its responses to defendant Marcus Hutchins' "Objections to the Magistrate Judge's Recommendations," Doc. #111. The current deadline for the government's responses is Friday, November 23, 2018. The government requests that the deadline be extended one week, to **November 30, 2018**.

On October 26, 2018, Magistrate Judge Nancy Joseph issued a 37-page "Order, Report, and Recommendations" addressing seven pretrial motions filed by Hutchins, including one motion that generated an evidentiary hearing. Doc. #109. On Friday, November 9, 2018, Hutchins filed a 46-page document containing his objections to the Magistrate Judge's Recommendations. Doc. #111. Under General

Local Rule 72(c)(2), the government's responses to the objections are due on Friday, November 23, 2018.

Between the filing of the objections and the current response deadline, there are two federal holidays: Veterans Day and Thanksgiving. The government's responses are currently due on the Friday after Thanksgiving. Counsel for the government have been working diligently on the responses over the past week (as well as tending to other cases), and completing the responses will require significantly more time over the next several days. However, counsel for the government have travel plans and family obligations around Thanksgiving that will take them out of the office. The short-extension of time requested in this motion will allow counsel to tend to these personal matters while also dedicating sufficient time to the responses.

This case has been designated complex and no trial date is currently set. *See* Doc. #17. Prior to filing this motion, counsel for the government contacted Hutchins' attorneys, who said they did not object to government's request for an extension of time.

For the above reasons, the government requests that the Court grant its motion to extend time to file responses to the objections, and set a new response deadline of Friday, November 30, 2018.

Respectfully submitted, this 16th day of November, 2018.

                        MATTHEW D. KRUEGER
                        United States Attorney

By:   *s/Benjamin W. Proctor*
       BENJAMIN W. PROCTOR
       MICHAEL J. CHMELAR
       Assistant United States Attorneys
       Benjamin Proctor Bar No.: 1051904
       Office of the United States Attorney
       Eastern District of Wisconsin
       517 E. Wisconsin Ave. Suite 530
       Milwaukee, Wisconsin 53202
       Tel: (414) 297-1700
       Email: benjamin.proctor@usdoj.gov
       Email: michael.chmelar@usdoj.gov