# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>MARCUS HUTCHINS,<br><br>　　　　　　　　　Defendant. | Case No. 17-CR-124-2-JPS<br><br>**ORDER** |

　　　　On October 26, 2018, Magistrate Judge Nancy Joseph issued a Report and Recommendations regarding Defendant Marcus Hutchins' various motions to suppress and dismiss. (Docket #109). On November 9, 2018, Defendant submitted his objections. (Docket #111). On November 16, 2018 the government filed a motion to extend time for an additional seven days, requesting until November 30, 2018 to respond. (Docket #112). The government's responses are currently due on November 23, 2018, a date on which the Court is closed. Counsel for the government requests this extension because he has personal matters that will take him out of the office during the next week. The Court finds good cause for a brief extension of time. Fed. R. Crim. P. 45(b)(1)(A).

　　　　Accordingly,

　　　　**IT IS ORDERED** that the government's motion to extend time (Docket #112) be and the same is hereby **GRANTED**;

　　　　**IT IS FURTHER ORDERED** that the government file its responses to Defendant's objections no later than **November 30, 2018**; and

　　　　**IT IS FURTHER ORDERED** that Defendant's reply will be due **seven days** after the government submits its responses. Gen. L.R. 73(c)(3).

Dated at Milwaukee, Wisconsin, this 19th day of November, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge