UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                       Case No. 17-CR-124

MARCUS HUTCHINS et al.,

      Defendant.

## NOTICE OF APPEARANCE

Please take notice that plaintiff, United States of America, is now also represented by Assistant United States Attorney Benjamin Taibleson.

Dated at Milwaukee, Wisconsin, this 24 day of January, 2019.

                MATTHEW D. KRUEGER
                United States Attorney

By:

                *s/Benjamin Taibleson*
                BENJAMIN TAIBLESON
                Assistant United States Attorney