# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCUS HUTCHINS, <br><br> Defendant. | Case No. 17-CR-124-2-JPS <br><br><br> **ORDER** |

On June 5, 2018, the grand jury returned a superseding indictment against Defendant, charging him with ten counts of conspiracy, fraud, and unlawfully intercepting communications. (Docket #86). On April 19, 2019, the parties filed a plea agreement indicating that Defendant has agreed to plead guilty to Counts One and Two of the superseding indictment. (Docket #124).

Therefore, the Court will order that a plea colloquy be held in accordance with Federal Rule of Criminal Procedure 11(b) before the assigned magistrate judge, Nancy Joseph. Magistrate Judge Joseph will thereafter issue a report and recommendation to this Court addressing the advisability of accepting Defendant's proposed guilty plea. Gen. L.R. 72(a); Fed. R. Crim. P. 59(b)(1); 28 U.S.C. § 636(a)(1), (b)(1)(B); *United States v. Harden*, 758 F.3d 886, 891 (7th Cir. 2014). Magistrate Judge Joseph will schedule the plea colloquy hearing by separate order.

Accordingly,

**IT IS ORDERED** that a Federal Rule of Criminal Procedure 11(b) plea colloquy be held before Magistrate Judge Nancy Joseph, who will

thereafter issue a report and recommendation to this Court on the advisability of accepting Defendant's proposed guilty plea.

Dated at Milwaukee, Wisconsin, this 23rd day of April, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge