## COURT MINUTES

| | |
|---|---|
| HON. **Nancy Joseph**, presiding | Deputy Clerk: **Becky Ray** |
| DATE: **May 2, 2019 at 2:30 PM** | Court Reporter: **Rich Ehrlich** |
| CASE NO. **17-CR-124** | Time Called: 2:35:42 PM |
| UNITED STATES v. **Marcus Hutchins** | Time Concluded: 2:57:14 PM |
| PROCEEDING: **CHANGE OF PLEA HEARING** | |

UNITED STATES by: **Benjamin Proctor, Benjamin Taibleson**

PROBATION OFFICER: **Jim Fetherston**

DEFENDANT: **Marcus Hutchins,** in person, and by

ATTORNEY: **Daniel Stiller**

---

Plea Agreement filed: **April 19, 2019**

Hearing Details:
The defendant orally consents to proceeding before a magistrate judge for this matter. The government consents. Defendant sworn. The court questions the defendant as to his understanding of the plea agreement. The defendant agrees to the facts as summarized in the plea agreement. The government's offer of proof is found in Attachment A.

Maximum Penalties:
**Count 1** – Up to five years imprisonment, $250,000 fine, 1 year of supervised release, $100 special assessment
**Count 2** – Up to five years imprisonment, $250,000 fine, 1 year of supervised release, $100 special assessment

Plea: __**Guilty**__ to Counts __**1 & 2**__ of the Superseding Indictment

The court finds the defendant competent to enter a plea. He knows his rights, the penalties involved, and his plea of guilty is voluntary. The court will recommend to Judge Stadtmueller that a plea of guilty be accepted and the defendant be adjudged guilty of this offense.

__**X**__ Presentence Report ordered - Rule 32(e)(2) waived in the Plea Agreement

Deadlines:
Presentence Report due: **July 1, 2019**
Objections due: **July 11, 2019**
Responses due: **July 18, 2019**

Sentencing date: __**July 26, 2019 at 11:30 a.m. before Judge J.P. Stadtmueller**__