# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 17-CR-124-JPS |
| v. | |
| MARCUS HUTCHINS, | **ORDER** |
| Defendant. | |

On June 5, 2018, the grand jury returned a superseding indictment charging Defendant with ten counts of conspiracy, fraud, and unlawfully intercepting communications. (Docket #86). On April 19, 2019, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to Counts One and Two of the superseding indictment. (Docket #124).

The parties appeared before Magistrate Judge Nancy Joseph on May 2, 2019 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #126). Defendant entered a plea of guilty as to Counts One and Two the superseding indictment. (Docket #127 at 1). After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id*.

Magistrate Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be

adjudicated guilty and have a sentence imposed accordingly. *Id.* Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation (Docket #127) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 20th day of May, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge

Page 2 of 2
Case 2:17-cr-00124-JPS   Filed 05/20/19   Page 2 of 2   Document 128