UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.                Case No. 17-CR-124

MARCUS HUTCHINS,

    *Defendant*.

## MOTION TO WITHDRAW AS COUNSEL FOR THE DEFENDANT

Having accepted an offer of employment with the Administrative Office of the U.S. Courts, undersigned counsel is bringing his practice of law to its conclusion. Undersigned counsel is, therefore, unable to continue representing Mr. Hutchins. For that reason, this Court is asked to strike counsel's appearance as one of Mr. Hutchins' attorneys.

The other attorneys for Mr. Hutchins are aware of this situation, as is Mr. Hutchins.

Dated at Milwaukee, Wisconsin, this 8th day of June, 2019.

        Respectfully submitted,

        **/s/ Daniel W. Stiller**

        Daniel W. Stiller, WI Bar No. 1078748
        DStillerLLC
        Box 511130
        Milwaukee, Wisconsin 53203
        414-207-3190
        dan@dstillerllc.com

DStillerLLC

Counsel for Marcus Hutchins