AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-CR-124 |
| MARCUS HUTCHINS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marcus Hutchins                                                                                                      .

Date:   06/10/2019                                                    s/ Emily Stierwalt
                                                                    *Attorney's signature*

                                                    Emily Stierwalt (CA Bar No. 323927)
                                                    *Printed name and bar number*
                                                    BAKER MARQUART LLP
                                                    777 S. Figueroa St.
                                                    Suite 2850
                                                    Los Angeles, CA 90017
                                                    *Address*

                                                    estierwalt@bakermarquart.com
                                                    *E-mail address*

                                                    (424) 652-7800
                                                    *Telephone number*

                                                    (424) 652-7850
                                                    *FAX number*