UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                    Case No. 17-CR-124-JPS

MARCUS HUTCHINS,

        Defendant.

### DEFENDANT MARCUS HUTCHINS' MOTION TO SEAL HIS SENTENCING MEMORANDUM AND EXHIBITS

Defendant Marcus Hutchins, through counsel, respectfully asks this Court to order the sealing of his sentencing memorandum, including its exhibits, which he is filing today. The defense has conferred with the government about this motion, and the government has indicated that it does not oppose the filing of these documents under seal.

For reasons self-evident in the memorandum (*e.g.*, pages 12-15) and its attached exhibits (*e.g.*, the letters in Exhibits C and J), each reveals confidential matters. This District's General Local Rule 79(d) is therefore offered as the authority for Mr. Hutchins' request that these documents be filed under seal.

DATED: July 22, 2019	Respectfully submitted,

   */s/ Brian E. Klein*
BRIAN E. KLEIN
EMILY R. STIERWALT
Baker Marquart LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Email: bklein@bakermarquart.com
Telephone: (424) 652-7800

   */s/ Marcia Hofmann*
MARCIA HOFMANN
Zeitgeist Law PC
25 Taylor Street
San Francisco, CA 94102
Email: marcia@zeitgeist.law
Telephone: (415) 830-6664

*Attorneys for Marcus Hutchins*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

MARCUS HUTCHINS,

        Defendant.

Case No. 17-CR-124-JPS

**ORDER GRANTING
DEFENDANT MARCUS HUTCHINS' MOTION TO SEAL
HIS SENTENCING MEMORANDUM AND EXHIBITS**

This matter having come before the Court on the defendant's motion and good cause having been shown, it is hereby ordered pursuant to General Local Rule 79(d) that the Clerk of this Court file the defendant's sentencing memorandum and its exhibits under seal.

DATED: _____        _____
                                                                                                             HON. JOSEPH P. STADTMUELLER