# COURT MINUTES OF SENTENCING HEARING

UNITED STATES of AMERICA,

v.                                                  CASE NO. 17-CR-124-2-JPS

MARCUS HUTCHINS.

## HON. J. P. STADTMUELLER PRESIDING

DATE: July 26, 2019                                  TIME SCHEDULED: 11:30 a.m.

COURT DEPUTY/CLERK: Caitlin Lynch          TIME CALLED: 11:28 a.m.

COURT REPORTER: John Schindhelm           TIME FINISHED: 12:43 p.m.

GOVERNMENT BY: Benjamin Proctor and Benjamin Taibleson

DEFENDANT BY: Brian Klein, Marcia Hoffmann, and Emily Stierwalt

PROBATION BY: James Fetherston

Notes:

- 11:28   Appearances; Court puts background of case on record, including Defendant's having pled guilty to Counts One and Two of the superseding Indictment; Court notes it has reviewed presentence report
- 11:31   Parties have reviewed presentence report; Defendant's attorney makes correction to paragraph 147 of the revised presentence report, Defendant is, in fact, eligible for probation; Mr. Fetherston agrees; Defendant has no other objections
- 11:32   Government has no objections to the facts as stated therein; Court therefore adopts the facts as stated in the revised presentence report
- 11:33   Court notes applicable Guidelines:
    - Total Offense Level:          11
    - Criminal History Category:    I
    - 8 to 14 months imprisonment
    - 1 to 3 years supervised release
    - $4,000.00 to $40,000.00 fine
    - $200.00 special assessment
- 11:34   Defendant accepts these guidelines; Court acknowledges Government's objections to guidelines; Government makes statement in favor of loss enhancement
- 11:38   Defendant's counsel makes statement in response

| Time | Event |
|---|---|
| 11:40 | Government has no further comment; Court comments |
| 11:47 | Court concludes that probation is correct, no loss enhancement will be applied |
| 11:49 | Court is constrained to adopt the guidelines that probation initially submitted |
| 11:51 | Court makes comment about materials submitted under seal and how this may be affected by statements made in open court |
| 11:52 | Parties confer; Defendant waives seal as to any comments made in the courtroom |
| 11:54 | Defendant's attorney makes a statement on Defendant's behalf |
| 12:00 | Defendant's attorney provides the Court and Government with copy of statement |
| 12:01 | Defendant makes a statement on his own behalf |
| 12:02 | No other person wishes to speak |
| 12:03 | Government makes a statement |
| 12:09 | Defendant rests on his briefing in response to the Government's loss enhancement arguments |
| 12:10 | Court discusses statements of the parties, facts of the case, and facts as presented in presentence report |
| 12:31 | Clerk circulates proposed conditions of supervised release; Court notes that supervised release may be an academic exercise in light of Defendant's immigration history |
| 12:34 | Defendant has two comments regarding the proposed conditions of supervised release in light of his desire to return to the United Kingdom |
| 12:35 | Court is agreeable; Government has no objections; Court asks Mr. Fetherston to advise on process of Defendant's return to United Kingdom |
| 12:36 | Mr. Fetherston suggests that supervised release commence in the Central District of California |
| 12:36 | Defendant's attorney comments |
| 12:36 | Court will designate the Central District of California as the place to report; notes that nothing in the Court's judgment or sentence requires that he remain in the United States |
| 12:38 | Court imposes the following formal sentence:<br>Time served as to Count One and Two to run concurrently for a total sentence of time served<br>1 year of supervised release as to Counts One and Two<br>Fine is waived<br>$200.00 special assessment<br>Defendant is ordered to report for supervised release to the Central District of California on Monday, July 29, 2019 |
| 12:41 | Court dismisses the remaining counts in the superseding indictment |
| 12:42 | Court advises Defendant of his right of appeal |
| 12:43 | Parties have nothing further to address |
| 12:43 | Court stands in recess |

# FORMAL SENTENCE

### Custody of Bureau of Prisons
Time Served as to Counts One and Two

### Supervised Release / Probation
1 year as to Counts One and Two

### Fine

Terms: None

- ☒ Fine waived due to Defendant's inability to pay
- ☐ Interest on fine is waived
- ☐ Defendant to participate in FBP Inmates' Financial Responsibility Program
- ☐ Payments to apply to special assessment, then fine or restitution (if applicable)
- ☐ Court imposes costs of incarceration, community confinement, and supervision

### Restitution

Terms: N/A
Payee(s):
Special Terms of Payment:

### Conditions of Supervised Release

- ☒ Report in 72 hours
- ☒ No other crimes
- ☒ No firearms or other dangerous weapons
- ☒ No illegally possess controlled substances
- ☒ Reside at approved residence
- ☒ Best efforts to secure full-time employment
- ☒ Notify if change of residence / employment
- ☒ Notify probation of arrest
- ☒ Follow probation officer instructions
- ☒ Permit probation visits and confiscation
- ☒ No association with criminals
- ☒ Shall not knowingly leave district
- ☒ No informer agreement without approval
- ☒ Cooperate with ICE

### Special Assessment

Terms: $200.00

- ☒ To be paid immediately to the Clerk of the Court, Room 362
- ☐ To be paid prior to the expiration of this sentence
- ☐ Other:

### Forfeiture

Terms: N/A

### Custody Status

- ☐ Defendant remanded to custody of U.S. Marshal

| | |
|---|---|
| ☐ | Execution of sentence stayed until ____ |
| ☐ | Defendant shall voluntarily surrender to institution on or after ____ |
| ☐ | Defendant's bond continued until he/she reports |
| ☒ | Defendant advised of right of appeal |
| ☐ | Recommendations for BOP: Placement at a federal correctional facility most near to the Eastern District of Wisconsin |

## Other

☒ Upon motion of the government, Counts 3–10 be and the same are hereby DISMISSED
☒ Court orders that drug testing requirements be and the same are hereby WAIVED

## STATEMENT OF REASONS

☐ The Court adopts the factual findings and Guideline application in the presence report

or

☒ The Court adopts the factual findings and Guideline application in the presence report except as noted at sentencing

Guideline Range Determined by the Court:

| | |
|---|---|
| Total Offense Level: | 11 |
| Criminal History Category: | I |
| Imprisonment Range: | 8–14 months imprisonment |
| Supervised Release Range: | 1–3 years supervised release |
| Fine Range: | $4,000.00–$40,000.00 |
| Special Assessment: | $200.00 |

☒ Fine is waived or is below the Guideline range because of Defendant's inability to pay
☐ Full restitution is not ordered for the following reasons:

☐ The sentence is within the Guideline range, that range does not exceed 24 months, and the Court finds no reason to depart from the sentence called for by application of the Guidelines

or

☐ The sentence is within the Guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons:

or

☒ The sentence departs from the Guideline range for the reasons set forth at sentencing

Page 4 of 4
Case 2:17-cr-00124-JPS    Filed 07/26/19    Page 4 of 4    Document 139