# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

MARCUS HUTCHINS,

        Defendant.

Case No. 17-CR-124

## DEFENDANT MARCUS HUTCHINS' UNOPPOSED MOTION TO RETURN CASH BOND

Defendant Marcus Hutchins moves to return the $30,000 cash bond posted in this case to Tarah Wheeler. Per the Court's policy, the Court must issue an order to refund a cash bond.[1] The government does not oppose this motion.

Mr. Hutchins was arrested in Las Vegas on August 2, 2017 on the indictment in this case. He was released pending trial on a $30,000 secured cash bond, which was posted by Ms. Wheeler in the United States District Court for the District of Nevada on August 7, 2017. (ECF No. 11.) The cash bond was later transferred to this Court. (ECF No. 74.)

---

[1] United States District Court for the Eastern District of Wisconsin, *Posting and Return of Criminal Bond*, https://www.wied.uscourts.gov/posting-and-return-criminal-bond (last visited Aug. 21, 2019).

Mr. Hutchins pleaded guilty to two counts on May 2, 2019. (ECF No. 126.) On July 26, 2019, the Court sentenced Mr. Hutchins to time served and one year of supervised release, concluding this case. (ECF No. 139 & 140.)

Mr. Hutchins respectfully requests that the Court order the cash bond posted by Ms. Wheeler be returned to her. Mr. Hutchins fully complied with his pretrial release conditions during the pendency of the above-captioned case. Now that the case has ended, the cash bond is no longer necessary to secure his appearance before the Court. Thus, Mr. Hutchins respectfully requests that the Court order the cash bail to be returned to Ms. Wheeler.

DATED: August 21, 2019

Respectfully submitted,

  /s/ Brian E. Klein
BRIAN E. KLEIN
EMILY R. STIERWALT
Baker Marquart LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Email: bklein@bakermarquart.com
Telephone: (424) 652-7800

  /s/ Marcia Hofmann
MARCIA HOFMANN
Zeitgeist Law PC
25 Taylor Street
San Francisco, CA 94102
Email: marcia@zeitgeist.law
Telephone: (415) 830-6664

*Attorneys for Marcus Hutchins*