**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br><br>v.<br><br>MARCUS HUTCHINS,<br><br>                                      Defendant. | Case No. 17-CR-124-2-JPS<br><br>**ORDER** |

      The defendant, Marcus Hutchins, was sentenced on July 26, 2019 to a term of time served and one year of supervised release. (Docket #139–#141). On August 21, 2019, Defendant filed a motion requesting the release of his cash bond in the amount of $30,000.00, which was posted by Tarah Wheeler on August 7, 2017 in the United States District Court for the District of Nevada, and was subsequently transferred to this Court. *See* (Docket #11, #74). The government does not oppose this motion. Therefore, the Court will grant Defendant's motion and order that the cash bond be returned.

      Accordingly,

      **IT IS ORDERED** that Defendant's unopposed motion for return of his bond (Docket #143) be and the same is hereby **GRANTED**; and

      **IT IS FURTHER ORDERED** that the Clerk of Court release the bond money being held as bail for Defendant. The funds shall be returned to Tarah Wheeler, 4742 42nd Avenue SW #352, Seattle, WA 98116.

Dated at Milwaukee, Wisconsin, this 28th day of August, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge