# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

October 9, 2019

**Brian E Klein**
Baker Marquart LLP
777 S Figueroa St - Ste 2850
Los Angeles, CA 90012

**Benjamin W Proctor**
United States Department of Justice (ED-WI)
Office of the US Attorney
517 E Wisconsin Ave - Rm 530
Milwaukee, WI 53202

    Re: **US v Hutchins**
           **Case No. 17-CR-124**

Dear Counsel:

    This letter constitutes notification of the release of exhibits currently held by our office for the case referenced above.

    Parties wishing to claim exhibits currently held by the court should contact the Office of the Clerk of Court on or prior to November 11, 2019. Exhibits not removed by this date will be destroyed.

    Very truly yours,

    STEPHEN C. DRIES
    Clerk of Court

    s/C. Bongel
    Deputy Clerk