| D/WI Prob 22 (Rev 06/19) | | | |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Trans. Court) 0757 2:17CR00124 - 2 | | FILED CLERK, U.S. DISTRICT COURT **10/23/19** CENTRAL DISTRICT OF CALIFORNIA BY: CP DEPUTY |
| | DOCKET NUMBER (Rec. Court) 19-cr-646 JFW | | |
| NAME OF PROBATIONER/SUPERVISED RELEASEE: Marcus Hutchins | DISTRICT Eastern District of Wisconsin | DIVISION Milwaukee | |
| NAME OF SENTENCING JUDGE U.S. District Judge J.P. Stadtmueller | | | |
| DATES OF PROBATION /SUPERVISED RELEASE | FROM 07/26/2019 | TO 07/25/2020 | |
| OFFENSE CONSPIRACY TO DEFRAUD THE UNITED STATES | | | |

### PART 1 - ORDER TRANSFERRRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Wisconsin

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the record of this Court to the United States District Courts for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

October 15, 2019
Date

J.P. Stadtmueller
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Central District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 22, 2019
Effective Date

Virginia A. Phillips
United States District Judge

Page 1 of 1